UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALINA SULICI, et al., | ) Case No.: 1:25-cv-03928 |
| Plaintiffs, | ) District Judge Georgia N. Alexakis |
| v. | ) Magistrate Judge Young B. Kim |
| COLOR IMAGE APPAREL D/B/A ALO YOGA, et al., | ) |
| Defendants. | ) |

Defendants COLOR IMAGE APPAREL, INC. D/B/A ALO YOGA and ALO, LLC (collectively "ALO Defendants") and Plaintiffs ALINA SULICI and ALEX CHIHAIA (collectively "Plaintiffs"), hereby stipulate and agree to extend the time in which Defendants must file a response to Plaintiffs' Complaint as follows:

WHEREAS, Plaintiffs filed the above-captioned case on April 11, 2025;

WHEREAS, ALO Defendants agreed to waive service, which was filed with the Court on May 12, 2025;

WHEREAS, per the signed waiver, ALO Defendants' time to respond to the Complaint was set at June 10, 2025;

WHEREAS, the Parties intend to jointly seek a referral to the Magistrate Judge for the purposes of conducting a settlement conference, to take place within the next 90 days;

WHEREAS, the Parties accordingly seek a 90-day extension of the ALO Defendants' deadline to respond to Plaintiffs' Complaint so that they can attempt to resolve this matter without litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between ALO Defendants and Plaintiffs that the deadline for Defendants to respond to Plaintiffs' Complaint shall be extended to September 30, 2025.

IT IS SO STIPULATED

Dated: June 4, 2025

| | |
|---|---|
| By: */s/ Cynthia Mullen* <br> Cynthia Mullen, Esq. <br> Director of Litigation <br> Alo <br> 9830 Wilshire Blvd., <br> Beverly Hills, CA 90212 <br> Telephone: (323) 486-2599 <br> Email: cynthia.mullen@aloyoga.com <br> *Representative for ALO Defendants* | By: */s/ Keith L. Gibson* <br> Keith L. Gibson, Esq. <br> KEITH GIBSON LAW, P.C. <br> 586 Duane Street, Suite 102 <br> Glen Ellyn, IL 60137 <br> Telephone: (630) 677-6745 <br> Email: keith@keithgibsonlaw.com <br> *Attorneys for Plaintiffs* |