UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Alina Sulici, et al.
                                              Plaintiff,

v.                                                                                                Case No.: 1:25−cv−03928
                                                                                               Honorable Georgia N Alexakis

Color Image Apparel d/b/a Alo Yoga, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held with Plaintiffs and Defendants Color Image Apparel and ALO, LLC ("ALO"). A Webex settlement conference is scheduled for August 6, 2025, at 11:00 a.m. (CST). The court will email a video link prior to the start of the conference with instructions to join the meeting. Plaintiffs are to notify the court by noon on June 16, 2025, if any of the individuals who are required to appear for the conference has a scheduling conflict. If so, the court will reschedule the conference for September 2, 2025. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must be present by video for the entire conference. Plaintiffs to email their settlement demand to ALO, with a copy to the court, by June 20, 2025. ALO to email a settlement position statement to Plaintiffs, with a copy to the court, by July 11, 2025. Plaintiffs to respond with their settlement position statement, with a copy to the court, by July 25, 2025. These settlement position statements are not to be filed with the clerk's office. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.