# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Alina Sulici, et al.

                                         Plaintiff,

v.                                                               Case No.: 1:25−cv−03928
                                                                                 Honorable Georgia N. Alexakis

Color Image Apparel d/b/a Alo Yoga, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: The Court has reviewed defendant Lirio's motion to set aside default, and for the reasons set forth therein, grants the motion [64]. See also Cracco v. Vitran Exp., Inc., 559 F.3d 625, 631 (7th Cir. 2009) ("Our cases articulate a policy of favoring trial on the merits over default judgment.") (citing Sun v. Bd. of Trustees of Univ. of IL, 473 F.3d 799, 811 (7th Cir. 2007)). No appearance is required on 8/11/25. Defendant Lirio's answer or response to plaintiff's complaint is due by 8/26/25. Defendant Lirio is further directed to participate in the preparation of the joint initial status report, due 8/28/25, and in the 9/4/25 initial status hearing [63]. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.